UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Haywood Lawrence,<br><br>    Plaintiff,<br>v.<br><br>Federal Bond and Collection Service, Inc.; and DOES 1-10, inclusive,<br><br>    Defendant. | Civil Action No.: 8:15-cv-00500-TDC |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days. The Plaintiff hereby respectfully requests above-entitled Court to enter Rule 111 Order.

Dated: March 31, 2015

                                Respectfully submitted,

                                By    /s/ Sergei Lemberg
                                Sergei Lemberg, Esq.
                                LEMBERG LAW, L.L.C.
                                1100 Summer Street, 3rd Floor
                                Stamford, CT 06905
                                Telephone: (203) 653-2250
                                Facsimile:  (203) 653-3424
                                ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 31, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Sergei Lemberg

              Sergei Lemberg