UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Haywood Lawrence, <br><br> Plaintiff, <br> v. <br><br> Federal Bond and Collection Service, Inc.; and DOES 1-10, inclusive, <br><br> Defendant. | Civil Action No.: 8:15-cv-00500-TDC |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Haywood Lawrence ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 20, 2015

                                                  Respectfully submitted,
                                                  By /s/ Sergei Lemberg
                                                  Sergei Lemberg, Esq.
                                                  LEMBERG LAW L.L.C.
                                                  A Connecticut Law Firm
                                                  1100 Summer Street, 3rd Floor
                                                  Stamford, CT 06905
                                                  Telephone: (203) 653-2250
                                                  Facsimile:  (203) 653-3424
                                                  ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 20, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                          By /s/ Sergei Lemberg
                                                              Sergei Lemberg